# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHEVELE DONTE LYONS,**

   Petitioner,

 -vs-

              Case No. 13-C-532

**MICHAEL MEISNER, Warden,**
**Columbia Correctional Institution,**

   Respondent.

## DECISION AND ORDER

  This action is a petition for a writ of habeas corpus under 28 U.S.C. § 2254. After an initial review of the petition, the Court is unable to conclude that Chevele Donte Lyons is not entitled to habeas relief. Rule 4, Rules Governing Section 2254 Cases. Therefore, the respondent should file an answer or other responsive pleading within **thirty (30) days** of the date of this Order.

  Dated at Milwaukee, Wisconsin, this 5th day of June, 2013.

              BY THE COURT:

              _____
              **HON. RUDOLPH T. RANDA**
              **U.S. District Judge**